

LIBERTY TRANSPORTATION,
INC., Petitioner

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,
Respondent

Liberty Transportation, Inc., Petitioner

v.

Unemployment Compensation Board
of Review, Respondent

Liberty Transportation, Inc., Petitioner

v.

Unemployment Compensation Board
of Review, Respondent

No. 54 WAL 2017
No. 55 WAL 2017
No. 56 WAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Lauren Patricia DALY, Petitioner

No. 100 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

William F. GROULX, Petitioner

No. 85 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

